IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No.95-20916

Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN MICHAEL COSCARELLI, also
known as Mike Coscarelli,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Southern District of Texas
USDC No. CR-H-94-284-2
_____

October 18, 1996

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

John Michael Coscarelli appeals his sentence following conviction for wire fraud, in violation of 18 U.S.C. § 1343. He argues that the district court erred in refusing to reduce his offense level by one level for "timely" entering his guilty plea and by imposing a three-level enhancement based on Coscarelli's role as a "manager" or "supervisor" in the offense. We have reviewed Coscarelli's arguments and the record and find that the

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

district court did not clearly err in refusing to grant the one-level reduction and in imposing the three-level enhancement. United States v. Williams, 74 F.3d 654, 656-57 (5th Cir. 1996); United States v. Musquiz, 45 F.3d 927, 932-33 (5th Cir.), cert. denied, 116 S. Ct. 54 (1995).

AFFIRMED.